· *Mortimer L. Sullivan* for appellant.

*Alexander S. Diven* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ.   Absent: ANDREWS, J.

---

BELL CLOTHES SHOP, INC., Appellant, *v.* HARRY KAMBER,
Trading as H. KAMBER & Co., Respondent.

*Contract — sale — action to recover for breach of contract of sale — defense of Statute of Frauds — insufficiency of memorandum.*

*Bell Clothes Shop, Inc.,* v. *Kamber,* 204 App. Div. 1, affirmed.
(Argued May 7, 1923; decided May 29, 1923.)

APPEAL from a judgment, entered December 15, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint.   The action was brought to recover damages for the failure of the defendant to deliver goods claimed to have been purchased by the plaintiff's assignors.   The defense was the Statute of Frauds.   Plaintiff relied upon a memorandum of sale given by the defendant's agent, which had upon the letterhead the defendant's name.   It was not otherwise signed by any one.   In this memorandum of sale was a provision that the sale was subject to the approval of the home office.   There was no writing showing such approval, the plaintiff relying upon an oral statement made by defendant that the sale was all right and that the defendant would deliver the goods.   The Appellate Division held that the memorandum was insufficient under the statute.

*Samuel J. J. Rawak* and *Edward C. Weinrib* for appellant.

*I. Maurice Wormser* and *Lazarus Joseph* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.